UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 0 8 2017

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL CASE NO. |
| | § | |
| ANTHONY PERSHING PREWITT, | § | |
| Defendant. | § | 17CR0131 |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about November 18, 2016, in the Houston Division of the Southern District of Texas, the defendant,

**ANTHONY PERSHING PREWITT,**

knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with R.S., a United States employee, a person designated in Title 18, United States Code, Section 1114 as an officer and employee of the United States, while R.S. was engaged in and on account of the performance of his official duties. Said acts by defendant involved physical contact with R.S. and cause bodily injury.

In violation of Title 18, United States Code, §§ 111(a)(1) and 111(b).

A TRUE BILL:

Original signature on File
**FOREPERSON OF THE GRAND JURY**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
SAM BROWN, IV
Assistant United States Attorney
(713) 567-9617