
| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 17-CR0131 |
| § | |
| ANTHONY PERSHING PREWITT, § | |
| Defendant. § | |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT ONE

On or about November 18, 2016, in the Houston Division of the Southern District of Texas, the defendant,

**ANTHONY PERSHING PREWITT,**

knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with R.S., a United States employee, a person designated in Title 18, United States Code, Section 1114 as an officer and employee of the United States, while R.S. was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code § 111(a)(1).

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
SAM BROWN, IV
Assistant United States Attorney
(713) 567-9000