JUDGE _____ DAVID HITTNER _____
CASE MANAGER __ ELLEN ALEXANDER __ RPTR/~~TAPE~~ Heather Alcazar
INTERPRETER N/A

TIME ____begin____ | ____end____ A.M.  2:10 begin | 2:30 end P.M.   DATE 2/23/18

CR. NO. 4:17-131    DEFT. NO. 01

UNITED STATES OF AMERICA § Sam Brown _____ AUSA
VS.
Anthony Pershing Prewitt § Ashley Kapec (FPD) ☐ CJA

## ARRAIGNMENT / REARRAIGNMENT

☑ karr./krearr.  ☑ Arraignment  ☑ Rearraignment   held on cts 1 of a. Information
☑ kpl.           Deft enters a plea of ☑ gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).
☑ kwvindi.       Indictment waived.
☐ kplag.         PLEA AGREEMENT: N/A

☐ ...            Order for PSI setting Disclosure and Sentencing dates signed.
☑ kwvpsi.        PSI waived.
☑ ksen.          Sentencing set to be determined at _____
☐ kjytrl.        Jury trial set _____ at _____
☐ ko.(bnd.)      Deft bond ☐ set  ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ ...            Deft failed to appear, bench warrant to issue.
☐ ...            Deft bond ☐ continued ☐ forfeited.
☑ ...            Deft remanded to custody.
☑ ...            Terminate other settings for this deft.   ☑ Terminate motions for this deft.
                 OTHER PROCEEDINGS: _____

Copy to:    USPO