AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

Southern _____ DISTRICT OF _____ Texas

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

Anthony Pershing Prewitt,

CASE NUMBER: H-17-131

I, _____Anthony Pershing Prewitt_____, the above named defendant, who is accused of

Title 18, United States Code Section 111(a)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____February 23, 2018_____ prosecution by indictment and consent that the
*Date*
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
*Judicial Officer*